# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&M PETROLEUM, INC., a California corporation dba J'S MARKET; and JEREMY'S INVESTMENTS, LLC, a California limited liability company;<br><br>    Plaintiffs,<br><br>v.<br><br>MARKEL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.  13CV2903 GPC DHB<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM (ENTIRE ACTION)** |

    Upon consideration of the Parties' Joint Motion for Order of Dismissal of Complaint and Counterclaim (Entire Action) on file herein and upon good cause shown,

1      IT IS HEREBY ORDERED the above referenced case and all counterclaims
2  are hereby DISMISSED with prejudice and without an award of costs or fees to any
3  party.
4      IT IS SO ORDERED.
5
6  Dated:  February 22, 2016
7                                        Hon. Gonzalo P. Curiel
8                                        United States District Judge